# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF MICHIGAN

In the matter of:      **Case No.:** 04-33131-dof

John Foote       **Chapter 13 Proceedings**

   **Debtor(s).**     **Judge Daniel Opperman**

_____/

## NOTICE OF UNCLAIMED DIVIDENDS

### TO: CLERK OF THE COURT

  The attached check represents an unclaimed dividend in this estate and is remitted to the clerk of the court pursuant to U.S.C. 347(a).  The name of the party entitled to this unclaimed dividend is as follows:

| Creditor or Debtor Name | Court Clm.# | Trustee Clm.# | Class of Claim | Check# | Amt. of Check |
|---|---|---|---|---|---|
| Southwest Credit Systems | 12 | 36 | Unsecured | 739226 | $11.44 |

Dated:  June 23, 2011

     ___/s/Carl L. Bekofske___
     Carl L. Bekofske,
     Standing Chapter 13 Trustee
     400 N. Saginaw St., Ste 331
     Flint, MI 48502
     Telephone:  (810) 238-4675
     Fax:  (810) 238-4712
     Email: ECF@flint13.com
     P10645